**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:14-cr-00070 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **JABREE WILLIAMS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 6th day of August 2015, **IT IS HEREBY ORDERED THAT** co-defendant Malik Sturdivant's motion for leave to file a reply brief (Doc. No. 411) is **GRANTED**.  **IT IS HEREBY FURTHER ORDERED THAT** Defendants' joint motion for a bill of particulars (Doc. No. 388) is **DENIED**.

    S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania